

# United States District Court
## Southern District of Ohio at Cincinnati

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DION BANKHEAD** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:10-CR-080-05<br><br>USM Number: 68405-061<br><br>Peter Rosenwald, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>One, Two and Three</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: **3485** | June 6, 2016<br>Date of Imposition of Sentence |
| Defendant's Year of Birth: **1989** | |
| City and State of Defendant's Residence<br>**Hamilton County Justice Center**<br>**900 Sycamore Street**<br>**Cincinnati, OH 45202** | Signature of Judicial Officer<br><br>**SANDRA S. BECKWITH**, United States Senior District Judge<br>Name & Title of Judicial Officer<br><br>6/6/16<br>Date |

AO 245 D (Rev. 12/07) Judgment in a Criminal Case for Revocation Sheet 1A

| | | |
|---|---|---|
| CASE NUMBER: | 1:10-CR-080-05 | Judgment - Page 2 of 3 |
| DEFENDANT: | DION BANKHEAD | |

## ADDITIONAL VIOLATION

| **Violation Number** | **Nature of Violation** | **Violation Concluded** |
|---|---|---|
| One | Defendant failed to complete the required term in residential re-entry center, after he violated the terms and conditions of the center. | |
| Two | Defendant was arrested on October 14, 2015 on new state charges of trafficking in drugs and unlawful possession of a firearm. | |
| Three | On May 4, 2016, Defendant was sentenced to three years incarceration after pleading guilty to one count of trafficking in cocaine, a fifth degree felony, and one count of having weapons while under disability, in Hamilton County, Ohio Court of Common Pleas Case No. B1505746. | |

AO 245D (Rev. 12/07) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:10-CR-080-05 | Judgment - Page 3 of 3 |
| DEFENDANT: | DION BANKHEAD | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Fourteen Months, term to be served consecutively to the sentence imposed in Hamilton County, Ohio Court of Common Pleas Case No. B1505746, and with no term of supervised release to follow.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before 2:00 p.m. on _____.
 [ ] as notified by the United States Marshal but no sooner than
 [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal